## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHROP GRUMMAN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AXIS REINSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>    Defendants. | C.A. No. 1:17-cv-01738-MWB<br>(Judge Brann) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Northrop Grumman Corporation and Defendants Axis Reinsurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., (collectively, the "Parties"), by and through undersigned counsel and subject to approval of the Court, hereby STIPULATE AND AGREE that the above-captioned action be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 7, 2021

| **BERGER HARRIS LLP** | **COOCH AND TAYLOR, P.A.** |
|---|---|
| */s/ David J. Baldwin* | */s/ Carmella P. Keener* |
| David J. Baldwin (#1010) | Carmella P. Keener (#2810) |
| Peter C. McGivney (# 5779) | The Nemours Building |
| 1105 North Market Street | 1007 North Orange Street, Suite 1120 |
| Wilmington, DE 19801 | P.O. Box 1680 |
| (302) 655-1140 | Wilmington, DE 19899 |
| dbaldwin@bergerharris.com | 302-984-3816 |
| pmcgivney@bergerharris.com | ckeener@coochtaylor.com |
| *Attorneys for Northrop Grumman Corporation* | *Attorneys for AXIS Reinsurance Company* |

**WHITE AND WILLIAMS LLP**

*/s/ Timoth S. Martin*
Timothy S. Martin (#4578)
600 North King Street, Suite 800
Wilmington, DE 19801-3722
(302) 467-4509
martint@whiteandwilliams.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*

      **IT IS SO ORDERED** this 18th day of October 2021.

                                    *s/ Matthew W. Brann*
                                    Matthew W. Brann
                                    United States District Judge